```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
                    CASE NO. 07-14049-CR-GRAHAM
```

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CHRISTOPHER R. ANDERSON,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 10, 2007. A Report and Recommendation filed on September 18, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the One Count Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of December, 2007.

             _____
             DONALD L. GRAHAM
             UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
       Theodore M. Cooperstein, AUSA
       John F. Cotrone, Esq.